No. 24-542

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

KIM RHODE, ET AL.,
    *Plaintiffs and Appellees*,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,
    *Defendant and Appellant*.

---

**On Appeal from the United States District Court for the Southern District of California**
No. 3:18-cv-00802-BEN-JLB
The Honorable Roger T. Benitez, Judge

---

## APPELLANT'S EXCERPTS OF RECORD
## INDEX VOLUME

---

ROB BONTA
*Attorney General of California*
MICHAEL J. MONGAN
*Solicitor General*
HELEN H. HONG
*Principal Deputy Solicitor General*
THOMAS S. PATTERSON
*Senior Assistant Attorney General*

MICA L. MOORE
*Deputy Solicitor General*
R. MATTHEW WISE
JOHN D. ECHEVERRIA
*Supervising Deputy Attorneys General*
CHRISTINA R.B. LÓPEZ
MEGHAN H. STRONG
*Deputy Attorneys General*
CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6138
Mica.Moore@doj.ca.gov
*Attorneys for Defendant and Appellant*

May 24, 2024

## EXCERPTS OF RECORD INDEX

| File Date | D. Ct. Dkt. No. | Document Description | ER No. |
|---|---|---|---|
| **VOLUME 1 of 4** | | | |
| 1/30/2024 | 106 | Final Judgment | 2 |
| 1/30/2024 | 105 | January 30, 2024 Decision | 3-34 |
| **VOLUME 2 of 4** | | | |
| 10/02/2023 | 95-1 | Declaration of Clayton Cramer In Response to Declarations of Defendant's Expert Witnesses | 36-50 |
| 8/17/2023 | 93-1 | Declaration of Plaintiff Kim Rhode | 51-53 |
| 8/17/2023 | 93-2 | Declaration of Plaintiff Gary Brennan | 54-55 |
| 8/17/2023 | 93-3 | Declaration of Plaintiff Cory Henry | 56-57 |
| 8/17/2023 | 93-4 | Declaration of Edward Allen Johnson | 58-60 |
| 8/17/2023 | 93-5 | Declaration of Denise Welvang | 61-62 |
| 8/17/2023 | 93-6 | Declaration of James Gilhousen On Behalf of Plaintiff Able's Sporting, Inc. | 63-65 |
| 8/17/2023 | 93-7 | Declaration of Dan Wolgin On Behalf of Plaintiff AMDEP Holdings, LLC | 66-69 |
| 8/17/2023 | 93-8 | Declaration of Richard Minnich On Behalf of Plaintiff California Rifle & Pistol Association | 70-73 |
| 8/17/2023 | 93-9 | Declaration of Jack Mullin | 74-83 |
| 8/17/2023 | 93-10 | Declaration of Kirk Weir | 84-86 |
| 8/17/2023 | 93-11 | Declaration of Muhamed El-Zoghbi | 87-90 |
| 8/17/2023 | 93-12 | Declaration of Scott Parker | 91-92 |
| 8/17/2023 | 93-13 | Declaration of Stephen Hoover | 93-95 |
| 8/17/2023 | 93-14 | Declaration of Steven Bayrd | 96-98 |

| File Date | D. Ct. Dkt. No. | Document Description | ER No. |
|---|---|---|---|
| 8/16/2023 | 92-1 | Declaration of Robert Spitzer | 99-141 |
| 8/16/2023 | 92-3 | Exhibit B – Table of Weapons Licensing Laws<br>(*Declaration of Robert Spitzer*) | 142-146 |
| 8/16/2023 | 92-4 | Exhibit C – License and Licensing Laws<br>(*Declaration of Robert Spitzer*) | 147-285 |
| 8/16/2023 | 92-5 | Exhibit D – Table of Weapons Forfeit/Confiscation Laws<br>(*Declaration of Robert Spitzer*) | 286-288 |
| **VOLUME 3 of 4** | | | |
| 8/16/2023 | 92-6 | Exhibit E – Weapons Forfeit/Confiscation Laws<br>(*Declaration of Robert Spitzer*) | 290-356 |
| 8/16/2023 | 92-7 | Declaration of Michael Vorenberg | 357-375 |
| 8/16/2023 | 92-9 | Declaration of Jennifer M. McCutchen | 376-406 |
| 8/16/2023 | 92-11 | Fifth Supplemental Declaration of Mayra G. Morales in Response to the Court's July 18, 2023 Order | 407-434 |
| 8/16/2023 | 92-12 | Declaration of Sidney Jones | 435-442 |
| 8/16/2023 | 92-15 | Exhibit 3 – Armed and Prohibited Persons System Report 2022<br>(*Declaration of Sidney Jones*) | 443-502 |
| 6/30/2023 | 88 | July 30, 2023 Order | 503-504 |
| 1/11/2023 | 79 | Declaration of John D. Echeverria re: Submission of Surveys In Response to The Court's December 15, 2022 Order | 505-507 |
| 1/11/2023 | 79-1 | Exhibit 1 – Defendant's Survey of Relevant Statutes (Pre-Founding – 1888)<br><br>(*Declaration of John D. Echeverria re: Submission of Surveys In Response to The Court's December 15, 2022 Order*) | 508-529 |

3

| File Date | D. Ct. Dkt. No. | Document Description | ER No. |
|---|---|---|---|
| 1/11/2023 | 79-2 | Exhibit 2 – Defendant's Survey of Relevant Statutes (1889-1930s)<br><br>(*Declaration of John D. Echeverria re: Submission of Surveys In Response to The Court's December 15, 2022 Order*) | 530-540 |
| 4/10/2020 | 59 | Fourth Supplemental Declaration of Mayra G. Morales In Support of Defendant's Opp. to Plaintiffs' Motion for Preliminary Injunction | 541-561 |
| **VOLUME 4 of 4** | | | |
| 2/28/2020 | 53 | Third Supplemental Declaration of Mayra G. Morales In Support of Defendant's Opp. to Plaintiffs' Motion for Preliminary Injunction | 563-592 |
| 11/18/2019 | 48 | Second Supplemental Declaration of Mayra G. Morales In Support of Defendant's Opp. to Plaintiffs' Motion for Preliminary Injunction | 593-612 |
| 9/17/2019 | 42 | Supplemental Declaration of Mayra G. Morales In Support of Defendant's Opp. to Plaintiffs' Motion for Preliminary Injunction | 613-627 |
| 8/5/2019 | 34-1 | Declaration of Mayra G. Morales In Support of Defendant's Opp. to Plaintiffs' Motion for Preliminary Injunction | 628-645 |
| 6/12/2018 | 9 | First Amended Complaint | 646-678 |
| 1/31/2024 | 108 | Notice of Appeal | 679-680 |
| - | - | Civil District Court Docket Sheet, *Rhode v. Becerra*, No. 3:18-cv-00802-BEN-JLB (S.D. Cal.), as of May 8, 2024 | 681-697 |

4