UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

AUG 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIM RHODE; et al.,<br><br>             Plaintiffs - Appellees,<br><br>  v.<br><br>ROB BONTA, in his official capacity as<br>Attorney General of the State of California,<br><br>             Defendant - Appellant. | No. 24-542<br><br>D.C. No.<br>3:18-cv-00802-BEN-JLB<br>Southern District of California,<br>San Diego<br><br>ORDER |

The amicus brief submitted by States of Ohio, Idaho, et al. is filed.

Within 7 days of this order, amici must file 6 copies of the brief in paper

format bound with green front cover pages. Each copy must include certification at

the end that the copy is identical to the electronic version. The Form 18 certificate

is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery

and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The

regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT