# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-542

**Case Name** Rhode v. Bonta

Hearing Location (*city*) Pasadena

Your Name Erin E. Murphy

List the sitting dates for the two sitting months you were asked to review:

December 2-6; January 13-17

Do you have an unresolvable conflict on any of the above dates? ☉ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 5-6; preplanned speaking engagement in Honolulu.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ☉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Erin E. Murphy       **Date** 08/13/2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                                    *New 12/01/2018*