

| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | SEP 16 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

KIM RHODE; et al.,

    Plaintiffs - Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant - Appellant.

No. 24-542

D.C. No. 3:18-cv-00802-BEN-JLB
Southern District of California, San Diego

ORDER

The reply brief submitted by Appellant Rob Bonta is filed.

Within 7 days of this order, Appellant Rob Bonta must file 6 copies of the brief in paper format bound with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT