**Clement & Murphy**
PLLC

October 20, 2025

**VIA ECF**

Molly Dwyer
Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:    *Rhode v. Bonta*, No. 24-452

Dear Ms. Dwyer:

      The Second Circuit's recent decision in *New York State Firearms Ass'n v. James*, 2025 WL 2921746 (2d Cir. Oct. 15, 2025), is no help to California, and certainly no reason to rehear this case en banc. At the outset, the Second Circuit took pains to "emphasize that the California and New York regimes are not the same." *Id.* at *10. The Second Circuit also made clear why the two cases are different. As the court explained in distinguishing this case, "the record before the Ninth Circuit regarding California's implementation of the background check regime differs starkly from that in th[e New York] case." *Id.* at *10 n.6. In the New York case, "[t]he record … is bereft of [any] wide-scale and substantial implementation failures." *Id.* But in this case—in what the Second Circuit itself identified as a significant contrast to the New York case—"more than a hundred thousand applicants were rejected in the first few months the background check was in place, in large part due to the state's mismatched records." *Id.* If that sort of widespread and arbitrary failure is not a "meaningful constraint" on the right to keep and bear arms, then nothing is.

      Respectfully submitted,

      s/Matthew D. Rowen
      Matthew D. Rowen

      *Counsel for Appellees*

Cc:  All Counsel of Record

706 Duke Street • Alexandria, VA 22314
202.742.8900 • www.clementmurphy.com